IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**FREDRICO STONE**            **PETITIONER**

**v.**            **No. 4:19CV4-SA-JMV**

**TIMOTHY OUTLAW, ET AL.**            **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the State's motion to dismiss is **GRANTED**, and the instant petition for a writ of *habeas corpus* is **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

**SO ORDERED**, this, the 9th day of July, 2019.

                                                   /s/ Sharion Aycock
                                                   U. S. DISTRICT JUDGE